UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARCY MILLER,<br><br>      Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. C18-576-JPD<br><br>ORDER GRANTING STIPULATED MOTION TO FILE A CERTIFIED SUPPLEMENTAL TRANSCRIPT |

Based on the parties' stipulated motion to file a certified supplemental transcript, it is hereby ORDERED that the motion is GRANTED. Defendant shall file a certified supplemental transcript within seven (7) days of this order.

DATED this 28th day of November, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER
PAGE - 1