UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| MARCY MILLER, | Case No. C18-576-JPD |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The briefing schedule in this matter is amended as follows:

- Defendant's Responsive Brief is due **on or before January 7, 2019** and
- Plaintiff's optional Reply Brief is due **on or before January 22, 2019**.

DATED this 10th day of December, 2018.

WILLIAM M. McCOOL, Clerk

By: s/ Tim Farrell
Deputy Clerk

ORDER
PAGE - 1